# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | ED CV 19-0278 FMO (SHKx) | Date | January 3, 2020 |
| Title | Ecology Recycling Services, LLC, et al. v. Engineering/Remediation Resources Group, Inc. et al. | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge | |
|---|---|---|
| Cheryl Wynn | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorney Present for Plaintiff(s):  Attorney Present for Defendant(s):

None Present  None Present

**Proceedings:** (In Chambers) Order to Show Cause Re: Imposition of Sanctions

Pursuant to the Court's Order of September 17, 2019, the parties were required to complete a settlement conference before the assigned magistrate judge no later than December 11, 2019. (See Dkt. 45, Court's Order of September 17, 2019, at 1). If the case settled, the parties were required to file a Notice of Settlement no later than 24 hours after settlement. (See id.). Otherwise, the parties were to file a Status Report Re: Settlement no later than 48 hours after the settlement conference was complete. (See id. at 1-2). Neither a Notice of Settlement nor a Status Report Re: Settlement had been filed by the above deadline. (See, generally, Dkt.). Accordingly, on December 27, 2019, the court issued an Order to Show Cause Re: Sanctions or Dismissal which required the parties to show cause in writing why sanctions should not be imposed for failure to comply with the court's order. (See Dkt. 58, Court's Order of December 27, 2019).

Having reviewed defendant Engineering/Remediation Resources Group, Inc.'s ("defendant") and plaintiffs Ecology Recycling Services, LLC and Ecology Auto Parts' ("plaintiffs") responses (see Dkt. 59, Defendant Engineering/Remediation Resources Group, Inc.'s Response to Order to Show Cause; Dkt. 61, Plaintiffs Ecology Recycling Services, LLC and Ecology Auto Parts' Response to Court's Order to Show Cause Re: Sanctions or Dismissal) to the court's order to show cause re: sanctions or dismissal, (see Dkt. 58, Court's Order of December 27, 2019), IT IS ORDERED THAT lead counsel for the parties shall appear on **Thursday, January 9, 2020, at 10:00 a.m.** in courtroom 6D of the First Street Courthouse to show cause why sanctions should not be imposed for failure to comply with the Court's Order of September 17, 2019. **Failure to appear on the date set forth above may result in the imposition of sanctions including, but not limited to, the dismissal of the case for lack of prosecution and failure to comply with the orders of the court, pursuant to Local Rule 41.** See Fed. R. Civ. P. 41(b); Link v. Wabash R.R. Co., 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962); Pagtalunan v. Galaza, 291 F.3d 639, 642 (9th Cir. 2002). The order to show cause shall be deemed vacated in the event the parties file a notice of settlement prior to the hearing.

| | Initials of Preparer | cw |
|---|---|---|