JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ECOLOGY RECYCLING SERVICES, LLC; ECOLOGY AUTO PARTS,<br><br>            Plaintiffs,<br><br>       v.<br><br>ENGINEERING/REMEDIATION RESOURCES GROUP, INC., et al.,<br><br>            Defendants. | Case No. 5:19-cv-00278-FLA (SHKx)<br><br>**ORDER DISMISSING ACTION WHILE RETAINING JURISDICTION TO REOPEN THE ACTION AND DENYING THE PARTIES' STIPULATION TO CONTINUE DATE TO FILE DISMISSAL AS MOOT [DKT. 305]** |

On October 12, 2022, Plaintiffs Ecology Recycling Services LLC, Ecology Auto Parts, Inc., and Jose G. Gonzalez Licon ("Plaintiffs") and Defendant Engineering/Remediation Resources Group, Inc. ("Defendant") filed a Notice of Settlement, stating the parties had reached a settlement resolving all claims and expected to finalize and execute a final settlement agreement by November 21, 2022. Dkt. 297.

On November 22, 2022, the parties filed a Joint Stipulation to File Dismissal of Entire Case ("Stipulation"). Dkt. 305. The parties state they are still working on a final settlement agreement, with the final remaining issue being the resolution of any

potential statutory lien Medicare may have against the third-party settlement, pursuant to 42 C.F.R. § 411.24. *Id.* at 2. The parties, thus, request the court extend the deadline to file a dismissal of the entire action from November 21, 2022 to December 30, 2022. *Id.*

Having considered the Notice of Settlement and Stipulation and finding good cause therefor, the court hereby ORDERS:

1. All deadlines governing this action are VACATED.
2. The court DISMISSES the action without prejudice. The court retains jurisdiction to vacate this Order and to reopen the action within 60 days from the date of this Order, provided any request by a party to do so shall make a showing of good cause as to why the settlement has not been completed within the 60-day period, what further settlement processes are necessary, and when the party making such a request reasonably expects the process to be concluded.
3. This Order does not preclude the filing of a stipulation of dismissal with prejudice pursuant to Fed. R. Civ. P. 41, which does not require approval of the court. Such stipulation shall be filed within the aforementioned 60-day period, or by such later date ordered by the court pursuant to a stipulation by the parties that conforms to the requirements of a showing of good cause stated above.
4. The parties' Stipulation, Dkt. 305, is DENIED as moot.

IT IS SO ORDERED.

Dated: November 28, 2022

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge